# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **KIMBERLY DEFRESE-REESE, ET AL.** | * | **CIVIL ACTION NO. 18-1134** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **HEALTHY MINDS, INC., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion for Conditional Certification, Approval, and Distribution of Notice and for Disclosure of Contact Information [Doc. No. 16] is **GRANTED IN PART as follows:**

The above-captioned matter is conditionally certified as a collective action pursuant to 29 U.S.C. § 216(b). Conditional class certification is proper with regard to all current and former hourly employees who were employed by Defendants at any time since August 30, 2015. Plaintiffs' Notice and Consent to Join forms [Doc. Nos. 16-1, 16-2, 16-4] are approved, and Plaintiffs may provide potential class members with the Notice and Consent to Join via text message and U.S. Mail.

**IT IS FURTHER ORDERED** that Defendants post the Notice at their facilities in the same areas they are required to post FLSA notices.

**IT IS FURTHER ORDERED** that Defendants have seven (7) days from the entry of this Court's Order to provide Plaintiffs with a computer readable data file containing information necessary to facilitate notice, including name, last known address, last known cell phone number, date of birth, and last four digits of the social security number of each current and former hourly employee of Defendants who has worked since August 30, 2015.

**IT IS FURTHER ORDERED** that potential class members may opt-in to this collective action if they mail or electronically submit their consent form to counsel for the class within ninety (90) days after Defendants produce the potential class members' contact information.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for attorney fees is **DENIED as premature**.

**MONROE, LOUISIANA,** this 3rd day of January, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE